

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2022

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Merlin Dilone*, 17 Cr. 707 (VSB)

Dear Judge Broderick:

    The Government is in receipt of defendant Merlin Dilone's reply in support of his motion for early release, docketed earlier today. *See* Dkt. #70. The Government respectfully requests leave to file a brief surreply not to exceed three pages in length.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York

By: _____
                                      Frank J. Balsamello / Matthew Hellman
                                          Anden Chow
                                      Assistant United States Attorneys
                                      (212) 637-2325 / -2278 / -2348

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.   06/02/22

The Government's surreply will be due within seven days.

## AFFIRMATION OF SERVICE

      I certify that on this day, June 2, 2022, I am causing a copy of the foregoing opposition and its attachments to be served by mail on:

>MERLIN DILONE – 85478-054
>FCI HERLONG
>FEDERAL CORRECTIONAL INSTITUTION
>P.O. BOX 800
>HERLONG, CA  96113

Dated: New York, New York
       June 2, 2022

                                  Frank J. Balsamello
                                  Assistant United States Attorney
                                  (212) 637-2325